**Supreme Court**
No. 2014-339-Appeal.
(KC 07-1411)

Sona Stevens, Individually and as Executrix     :
    of the Estate of Vartan Baligian          :

v.                          :

Carel Bainum.                   :

# O R D E R

This case came before the Court in conference on the plaintiff's motion to dismiss the defendant's appeal from an interlocutory Superior Court ruling granting the plaintiff's motion for the entry of default. The defendant, in a recent filing with this Court, states that she never received a copy of the plaintiff's dismissal motion. She therefore requests that the plaintiff be directed to refile her motion with proper notice to the defendant so that the latter can respond in a timely manner. However, upon our independent review of the papers in the case, this Court is satisfied that the Superior Court ruling which is the subject of the defendant's instant appeal is clearly interlocutory and was not appealable. Accordingly, no response from the defendant is necessary here.

The motion to dismiss the defendant's appeal as interlocutory is granted.

Entered as an Order of this Court this *12th* day of *January 2015.*

By Order,

_____/s/_____
Clerk



# RHODE ISLAND SUPREME COURT CLERK'S OFFICE

## *Clerk's Office Order/Opinion Cover Sheet*

**TITLE OF CASE:**        Sona Stevens, Individually and as Executrix of the Estate of Vartan Baligian v. Carel Bainum.

**CASE NO:**        No. 2014-339-C.A.

**COURT:**        Supreme Court

**DATE ORDER FILED:**        January 12, 2015

**JUSTICES:**        Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**        N/A – Court Order

**SOURCE OF APPEAL:**        Providence County Superior Court

**JUDGE FROM LOWER COURT**:

Associate Justice Sarah Taft-Carter

**ATTORNEYS ON APPEAL:**

For Plaintiff:  David J. Strachman, Esq.

For Defendant:  Carel Bainum, Pro Se